ACCEPTED
03-15-00424-CR
7436242
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 2:43:11 PM
JEFFREY D. KYLE
CLERK

## 03-15-00424-CR

ADAM GUERRERO PEREZ        IN THE COURT OF APPEALS

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 2:43:11 PM
JEFFREY D. KYLE
Clerk

VS.                                           THIRD DISTRICT

STATE OF TEXAS             SITTING IN AUSTIN, TEXAS

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

To the Court of Appeals, Third Supreme Judicial District:

Now comes Adam Guerrero Perez, Appellant, by and through his attorney of record in the above entitled and numbered cause, and files this his Motion for Extension of Time in which to file Appellant's Brief, and would show the following:

### I.

On June 29, 2015, in the 147th District Court of Travis County, Texas in Cause No. D1DC14202568 entitled The State of Texas v. Adam Guerrero Perez, the Appellant was convicted of the offense of Driving While Intoxicated, 3rd Offense or More, Enhanced, and sentenced to twenty years confinement in the Texas Department of Criminal Justice, Institutional Division.

### II.

On June 29, 2015, and within the time required by the Texas Rules of Appellate

1

Procedure Appellant filed his written Notice of Appeal to the Court of Appeals for the Third Supreme Judicial District of Texas.

## III.

A Motion for New Trial was not filed.

## IV.

The Record on Appeal was timely filed and the Appellant's Brief in this case is due to be filed not later than Octo ber 21, 2015

## V.

That Appellant now makes his first request for an extension of time in which to file Appellant's Brief. The period of time requested is an additional sixty-one (61) days, or until December 21, 2015.

## VI.

The facts relied upon to reasonably explain the need for an extension of time are as follows: the undersigned counsel is the only attorney representing Appellant and is Court Appointed; counsel has been engaged in the preparation for and trial/hearing of a variety of other matters, and has been engaged in dealing with an active practice of court appointed cases.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this motion for extension of time be granted and that the Court extend the time for the filing of

2

Appellant's Brief for a period of sixty-one (61) days, or until December 21, 2015.

Respectfully Submitted,

LAW OFFICE OF DON MOREHART
316 West 12th Street, Suite 313
Austin, Texas 78701
Telephone 512-551-0404
Telecopier 512-551-0405
Don@MorehartLaw.com
ATTORNEY FOR APPELLANT

*_ /s/ Don Morehart __*
DON MOREHART
SBN 14423700

## CERTIFICATE OF SERVICE

By my signature above/below, I hereby certify that a true and correct copy of the above and foregoing was served upon the following persons in the manner described on October 19, 2015.

Travis County District Attorney's Office
509 West 11th Street
Austin, TX  78701
Via Fax to 512-854-4951

*_ /s/ Don Morehart __*
Don Morehart